**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:12-cr-00122-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DATRIAN STEFFONE JOHNSON.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Extend Plea Deadline and Motion to Continue [Doc. 9].

The Defendant moves for an extension of time in which to file a plea agreement in this case or, alternatively, for a continuance of the trial date. For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Extend Plea Deadline [Doc. 9] is **GRANTED**, and the deadline for the filing of a plea agreement in this case is hereby **EXTENDED** to **February 20, 2012**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Continue [Doc. 9] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: February 18, 2013

Martin Reidinger
United States District Judge

2